# EXHIBIT 1

# TYLA – WATER
# SPLIT SHEET AGREEMENT

This agreement ("Agreement") made and entered into this _____ day of _____ by and between _____and the below listed writers regarding the musical composition titled "_____" (hereinafter "Composition") sets forth the respective ownership interests under the following terms:

**1. OWNERSHIP RIGHTS:**

That the copyright in the Composition shall be secured and held in the name of the following writers and publishers with writing/production credits, songwriter and publishing income from the Composition being listed and divided as set forth below.  It is hereby acknowledged and agreed that the lyrics and the music retain their own separate copyright and shall not be considered a joint work. Accordingly, the writer of the lyrics may remove the music from the Composition and the writer of the music may remove the lyrics from the Composition prior to any commercial exploitation and replace the music or lyrics with alternative versions ("New Work") without there being a claim by the lyricist or the musician in the other party's New Work:

| Writer | Publisher | % Owned |
|---|---|---|
| Tyla Seethal | Concord Music Publishing | 5 |
| **Ariowa Irosogie** | | 15 |
| **Imani Lewis** | | 15 |
| **Corey Keay** | | 15 |
| Samuel Awuku | | 15 |
| **Rayan El-Hussein Goufar** | Wallis World Records | 10 |
| **Olmo Zucca** | | 10 |
| **Jackson Paul Lomastro** | Self-Published | 10 |
| **Tricky Stewart** | | 5 |

**ENTIRE AGREEMENT:** This Agreement constitutes the entire understanding between the parties hereto and may not be modified except in writing duly executed by the parties hereto or their assignees or authorized representatives.

WRITER'S SIGNATURES

_(Writer)_ Rayan Goufar

By: *Rayan Goufar*

(Writer ) Olmo Zucca

By: *olmo zucca*

(Writer) Jackson Paul LoMastro
            (p/k/a "Jack LoMastro")

By: [signature]

(Writer )_____

By:_____

ADDITIONAL WRITERS IF ANY

(Writer )_____

By:_____

(Writer )_____

By:_____

(Writer )_____

By:_____

(Writer )_____

By:_____

(Writer )_____

By:_____

(Writer )_____

By:_____