DEV DAS (SBN : 320712)
THE DAS FIRM, APC.
644 S. Figureoa Street
Los Angeles, CA 90017
Telephone : (248) 943-4828
Email : dev@thedasfirm.com

ATTORNEYS FOR PLAINTIFFS, OLMO ZUCCA and JACKSON LOMASTRO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLMO ZUCCA and JACKSON LOMASTRO,<br><br>        Plaintiff(s),<br><br>vs.<br><br>SAMUEL AWUKU, professionally known as SAMMY SOSO, an individual; TYLA SEETHAL, an individual; SONY MUSIC ENTERTAINMENT, a Delaware general partnersip; and DOES 1 through 10, inclusive,<br><br>        Defendant(s). | Case No.: 25-2592<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Filed concurrently with Proposed Order] |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs, OLMO ZUCCA and JACKSON LOMASTRO hereby enter a request for dismissal of the above captioned matter without prejudice.

DATED: July 24, 2025        THE DAS FIRM, APC

                            By: _____/s Dev Das_____

                                Dev Das

                            *Attorney for Plaintiff*s, Olmo Zucca and Jackson Lomastr

---

**PLAINTIFFS OLMO ZUCCA AND JACKSON LOMASTRO'S NOTICE OF APPEARANCE OF COUNSEL**

1

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLMO ZUCCA and JACKSON LOMASTRO,<br><br>          Plaintiff(s),<br><br>vs.<br><br>SAMUEL AWUKU, professionally known as SAMMY SOSO, an individual; TYLA SEETHAL, an individual; SONY MUSIC ENTERTAINMENT, a Delaware general partnersip; and DOES 1 through 10, inclusive,<br><br>          Defendant(s). | Case No.: 25-2592<br><br>**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Filed concurrently with Proposed Order] |

The Court, having reviewed the Notice of Dismissal Without Prejudice filed by Plaintiffs on July 24, 2025, hereby orders that this matter is dismissed without prejudice.

Date:_____         By: _____

                                                                            John F. Walter

                                                                            United States District Court Judge