AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

CENTRAL District of CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
7/24/25
CENTRAL DISTRICT OF CALIFORNIA
BY: sf DEPUTY

OLMO ZUCCA and JACKSON LOMASTRO
                  Plaintiff(s),
V.
SAMUEL AWUKU et al.
                  Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 25-2592

Notice is hereby given that, subject to approval by the court, **Plaintiffs, Zucca and Lomastro** (Party(s) Name) substitutes **DEV DAS of THE DAS FIRM, APC** (Name of New Attorney), State Bar No. **320712** as counsel of record in place of **ERICA VAN LOON and JOSHUA POLLACK of NIXON PEABODY** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name:    THE DAS FIRM, APC
    Address:    644 S. FIGUEROA STREET, LOS ANGELES, CA
    Telephone:    248-943-4828    Facsimile
    E-Mail (Optional):    DEV@THEDASFIRM.COM

I consent to the above substitution.
Date: 07/24/2025
*(Signature of Party(s))*

I consent to being substituted.
Date: 07/24/2025
*(Signature of Former Attorney(s))*

I consent to the above substitution.
Date: 07/24/2025
*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: July 24, 2025
                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]